**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

------------------------------------------------------------------ x

LIVINGSTON BENNETT, on behalf of    :    Case no. 1:25-cv-11264
himself and all others similarly situated,   :

                   :

        Plaintiffs,      :

                   :    **NOTICE OF VOLUNTARY**
       v.                    **DISMISSAL WITH PREJUDICE**

Sleep Outfitters, LLC,         :

        Defendant.     :

                   :

                   :

                   :

                   :

------------------------------------------------------------------ x

    **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

    Dated: March 23, 2026

                                  EQUAL ACCESS LAW GROUP, PLLC

                                  *Attorneys for Plaintiff*

                                **/s/ David B. Reyes**
                                By: David B. Reyes, Esq.
                                68-29 Main Street,
                                Flushing, NY 11367
                                O: (844) 731-3343
                                C: (718) 554-0237
                                Email: Dreyes@ealg.law